**UNITED STATES of America, Respondent, v. Frank GALASEK, Appellant.**

**No. 110.**

Circuit Court of Appeals, Second Circuit.

Nov. 18, 1935.

John K. Gerken, of Buffalo, N. Y., for appellant.

George L. Grobe, U. S. Atty., of Buffalo, N. Y. (Robert M. Hitchcock, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**UNITED STATES of America v. Ernest P. HAGAN.**

**No. 1335.**

Circuit Court of Appeals, Tenth Circuit.

Sept. 24, 1935.

S. S. Alexander, U. S. Atty., of Topeka, Kan.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

**The UNITED STATES v. George Robert HEARNE.**

**No. 5496.**

Circuit Court of Appeals, Seventh Circuit.

Oct. 31, 1935.

Howard L. Doyle, U. S. Atty., of Springfield, Ill., Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., Wilbur C. Pickett, Sp. Asst. to Atty. Gen., and Thomas E. Walsh, Atty., Department of Justice, of Washington, D. C., for the United States.

Edward C. Mack, of Carthage, Ill., Howard C. Knotts, of Springfield, Ill., and David E. Mack, of Carthage, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges, and BALTZELL, District Judge.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments by Thomas E. Walsh, counsel for appellant, and by Howard C. Knotts, counsel for appellee.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Southern District of Illinois, Southern Division, in this cause be, and the same is hereby, affirmed.